NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CYIOS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5152

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00148-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**JUDGMENT**

---

JOSHUA B. DUVALL, Matross Edwards, LLC, Washington, DC, argued for plaintiff-appellant.

DELISA SANCHEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM; MELLANY ALIO, Office of the Chief Counsel, United States Army Materiel Command Legal Center, Aberdeen Proving Ground, MD; EVAN WILLIAMS,

Contract and Fiscal Law Division, United States Army Legal Services Agency, Fort Belvoir, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  February 8, 2017       /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
Clerk of Court